IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SAVI TECHNOLOGY, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 19-cv-01482-RDA-IDD |
| | ) |
| **DKP MFG, INC. f/k/a DAE KYUNG** | ) |
| **PHILIPPINES** | ) |
| **COMPANY INCORPORATED** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING APPEARANCE OF JOHN T. JESSEE AS CO-COUNSEL

This day came DKP MFG, INC. f/k/a DAE KYUNG PHILLIPINES COMPANY INCORPORATED, by counsel, and moved for an order granting admission to John T. Jessee as co-counsel in this matter.

Upon good cause having been shown, it is hereby ORDERED that the Motion to admit John T. Jessee as co-counsel for DKP MFG, INC. f/k/a DAE KYUNG PHILLIPINES COMPANY INCORPORATED is GRANTED.

IT IS FURTHER ORDERED that endorsement is waived pursuant to Rule 1:13 of the Supreme Court of Virginia.

ENTERED this  9th   day of   December   , 2020.

/s/ Ivan D. Davis
U.S. Magistrate Judge